```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Anthony J. Fusco

    v.                                      Case No. 19-cv-1062-JL

US District Court-ME, District Judge

## ORDER

After due consideration of the response and addenda thereto filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 4, 2020.

_____
Joseph N. Laplante
United States District Judge

Date: July 20, 2020

Cc: Anthony J. Fusco, pro se